**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Marvin Mullins, | : |
| | : |
| | : Civil Action No.: 1:10-cv-263 |
| Plaintiff, | : |
| v. | : |
| | : |
| National Asset Recovery Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Mullins, Marvin, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 23, 2010

                                                  Respectfully submitted,

                                                  By <u>/s/ Forrest E. Mays</u>

                                                  Forrest E. Mays (Bar No. 07510)
                                                  2341 N Forrest Drive, Suite 90
                                                  Annapolis, MD  21403
                                                  Telephone: (410) 267-6297
                                                  Facsimile: (410) 267-6234
                                                  Email: mayslaw@mac.com
                                                  MD Bar No. 07510

                                                  <u>Of Counsel To</u>
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  A Connecticut Law Firm
                                                  1100 Summer Street, 3 rd  Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (877) 795-3666
                                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 23, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                 By:__/s/ Forrest E. Mays____
                                                     Forrest E. Mays